**Alvin O. WASHINGTON, Plaintiff—Appellant,**

v.

**Sterling PROFFITTS; Stacy Graham, Captain; Donald E. Wright, Sgt.; Tony Grymes, Officer; Vaughn Shuler, Lt.; Mary Graves, Grievance Coordinator; April Rydor, Nurse; Officer Rochefort; Lt. Dyer; Officer Hall, Sgt.; Officer Gray, Sgt.; Officer Bryant; Bobby Hardison, C.O.; Jeff Lloyd, Officer; Brad Darnell, Hearing Officer; Officer Goochsgn; Officer Dingus; K. Jones, Nurse, Defendants—Appellees.**

No. 06–6170.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2006.

Decided May 8, 2006.

Alvin O. Washington, Appellant Pro Se. Helen Eckert Phillips, Standardsville, Virginia, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin O. Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Washington v. Proffitts,* No. 7:04–cv–00671–sgw (W.D.Va. Jan. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*